Order entered January 3, 2013

000026



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00513-CR
No. 05-12-00514-CR

MIGUEL ANGEL MENDOZA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F08-50983-M, F08-50984-M

## ORDER

The Court **GRANTS** appellant's January 1, 2013 motion for extension of time to file the brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE